**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

OCT 1 0 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )
v.                           )
                             )    **4:19CR856 RLW/NAB**
JESSICA MARIE POWELL,        )
                             )
    Defendant.               )

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Obtaining Controlled Substance by Fraud or Forgery
### Title 21, United States Code, Section 843(a)(3)

### BACKGROUND

1.    At all relevant times, the defendant, Jessica Marie Powell, was a licensed registered nurse.

2.    From on or about July 25, 2016 until on or about March 1, 2018, the defendant was employed as a nurse by Davita Hospital Services.

3.    In her capacity as a nurse employed by Davita Hospital Services, the defendant worked at hospitals in the Eastern District of Missouri, including DePaul Hospital in Bridgeton, Missouri and SSM Health Lake St. Louis Hospital.   The defendant worked in the dialysis units of the two hospitals.

4.    Certain prescription drugs are defined by federal and state law as controlled substances, which are drugs that have some potential for abuse or dependence.  Controlled

1

substances are placed into one of five schedules, based on the potential for abuse and the severity of the effects if a person abuses the drug. Of the controlled drugs that can legally be prescribed, Schedule II drugs have the highest potential for abuse because of the risks of severe psychological or physical dependence. Hydromorphone (Dilaudid) and Oxycodone-Acetaminophen (Percocet) are Schedule II drugs.

5.     During the relevant time period, DePaul Hospital used an "Automated Medication Dispensing System," referred to as a Pyxis med station, to control access to prescription drugs, including Hydromorphone (Dilaudid) and Oxycodone-Acetaminophen (Percocet). These Pyxis med stations were located in designated areas within the hospital.

6.     Between on or about February 13, 2017 and February 14, 2018, the defendant devised and executed a scheme to falsely and fraudulently withdraw and obtain a controlled substance medications from one and more Pyrix med stations located at hospitals where she worked as a nurse. Specifically, for her own personal use and without a legal prescription, the defendant, on multiple occasions, illegally utilized her access to Pyxis med stations, including Pyxis med stations located at DePaul Hospital, and manually entered fictitious patient names and the names of current and/or former patients to withdraw and obtain Hydromorphone (Dilauded) and Oxycodone-Acetaminophen (Percocet).

7.     Between on or about February 9, 2018 and February 12, 2018, both dates being approximate and inclusive, within the Eastern District of Missouri,

**JESSICA MARIE POWELL,**

2

the defendant herein, did knowingly and intentionally acquire and obtain possession of a

controlled substance, to wit: Hydromorphone, a Schedule II controlled substance, by

misrepresentation, fraud, forgery, and deception.

All in violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL.


_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____

DOROTHY L. McMURTRY, #37727MO
Assistant United States Attorney


3